United States District Court
Northern District of New York

| | |
|---|---|
| MATTHEW STEVEN EDICK,<br>　　　*Plaintiff,*<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security<br>　　　*Defendant.* | Case 5:23-cv-0096-FJS-TWD<br><br><br><br>Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties further stipulate and agree that on remand, the Administrative Law Judge will offer the opportunity for a new hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| KILOLO KIJAKAZI, | MATTHEW STEVEN EDICK, |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| */s/  Johanny Santana*<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-4401<br>Johanny.Santana@ssa.gov | */s/ Justin M. Goldstein*<br>Law Offices of Kenneth Hiller, PLLC<br>6000 North Bailey Avenue - Suite 1A<br>Amherst, NY 14226<br>716-564-3288<br>jgoldstein@kennethhiller.com |

IT IS SO ORDERED.

Date:  November 1, 2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge